# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY MYERS, SR., CHARLES O'NEAL, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01878-JAM-DB<br><br>**ORDER STAYING**<br>**THESE PROCEEDINGS** |

This Court has considered the Defendants' Motion to Stay or, in the Alternative, for an Extension of Time to Respond to the Complaint. The Motion is GRANTED. All proceedings and deadlines in this case are stayed until the Judicial Panel on Multidistrict Litigation resolves the Motions for Consolidation and Transfer Under 28 U.S.C. § 1407 filed in *In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800 (J.P.M.L. Sept. 11, 2017).

SO ORDERED, this 10th day of October, 2017.

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT COURT JUDGE